AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF  MASSACHUSETTS

UNITED STATES OF AMERICA

V.

NOEL NEFF

**CRIMINAL COMPLAINT**

CASE NUMBER: 05-1685 CBS

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  July 9, 2005  in  Norfolk  county, in the District of  Massachusetts  defendant(s) did, (Track Statutory Language of Offense) using a facility and means of interstate commerce, attempt to knowingly persuade, induce, entice, and coerce a person who had not attained the age of 18 years to engage in sexual actiity for which any person can be charged with a criminal offense, and did travel in interstate commerce for the purpose of engaging in a sexual act with a person under 18 years of age that would be in violation of chapter 109A if the sexual act had occurred in the special maritime and territorial jurisdiction of the United States

in violation of Title  18  United States Code, Section(s)  2422(b) and 2423(b) .

I further state that I am a(n)  FBI Special Agent  and that this complaint is based on the following
                                    Official Title
facts:

See Attached Affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

*Signature of Complainant*

Sworn to before me and subscribed in my presence,

07-11-2005                                                    at                Boston, Massachusetts
Date                                                                              City and State

CHARLES B. SWARTWOOD
CHIEF UNITED STATES MAGISTRATE JUDGE
Name & Title of Judicial Officer

*Signature of Judicial Officer*

This form was electronically produced by Elite Federal Forms, Inc.