AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

_____ District of _____

**APPEARANCE**

*filed in open court 7/11/05*

CASE NUMBER: 05-1685-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Noel Neff

I certify that I am admitted to practice in this court.

7-11-05
Date

_(signature)_
Signature

CHAUNCEY B. WOOD #600354
Print Name                                    Bar Number

47 3rd St, Suite 201
Address

Cambridge       MA        02141
City            State     Zip Code

(617) 577-8722    (617) 577-7897
Phone Number                       Fax Number